IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT TWADDLE**,

        *Plaintiff*,

v.

**GRAY'S TRUCK SERVICE; ROBERT GRAY, Individually and d/b/a GRAY'S TRUCK SERVICE; HENDRICKSON USA, LLC; and DEFENDANTS B THROUGH M,**

        *Defendants*.

CAUSE NO. 3:25-CV-354-CWR-ASH

## ORDER

This matter is before the Court pursuant to the Magistrate Judge's Report and Recommendations, which was entered on June 16, 2025. Docket No. 15. The Report and Recommendations notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendations as the Order of this Court. Accordingly, the Clerk's Entry of Default, Docket No. 8, against Gray's Truck Service and Robert Gray is set aside.

**SO ORDERED**, this the 5th day of September, 2025.

                                          s/ Carlton W. Reeves
                                          UNITED STATES DISTRICT JUDGE